**J. PATRICK McCARTHY**
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant Derrick Chase

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICIA, | No.  2:07-cr-0348 FCD |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | Date:  September 2, 2008 |
| DERRICK CHASE, | Time:  10:00 a.m. |
| | Judge:  Hon. Frank C. Damrell, Jr. |
| Defendants. / | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff; and J. Patrick McCarthy, attorney for Derrick Chase, that the current Status Conference for September 2, 2008 be vacated and a new date of September 15, 2008 at 10:00 a.m. be set for further status.

   Because Mr. Chase was absent for several months, counsel needs additional time to further review and evaluate the case and continue with necessary investigation.

   It is further stipulated and agreed between the parties that the period beginning September 2, 2008 to September 15, 2008, should be excluded in computing the time

within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Date:  August 26, 2008          Respectfully submitted,


/S/
J. PATRICK McCARTHY,
Attorney for Defendant Derrick Chase


McGREGOR W. SCOTT
United States Attorney


/S/ J. Patrick McCarthy for Philip Ferrari
PHILIP FERRARI, Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated:  August 26, 2008


FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE