1 **J. PATRICK McCARTHY**
Attorney at Law, #41920
2 901 H Street, Suite 304
Sacramento, CA   95814
3 (916) 442-1932
4

5 Attorney for Defendant Derrick Chase

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICIA,          No.  2:07-cr-0348 FCD

12                    Plaintiff,       **STIPULATION AND ORDER**

13           vs.
                                       Date:   January 6, 2009
14 DERRICK CHASE,                      Time:   10:00 a.m.
                                       Judge:  Hon. Frank C. Damrell, Jr.
15

16 _____ Defendants. /

17      IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff;

19 and J. Patrick McCarthy, attorney for Derrick Chase, that the current Status Conference for
20
   November 24, 2008 be vacated and a new date of January 6, 2009 be set for further status.
21

22      The continuance is being requested because the parties need more time to seek

23 resolution of the case.  Defendant's attorney has recently accumulated additional

24 information which must be considered in the evaluation process.
25
        It is further stipulated and agreed between the parties that the period beginning
26
   November 24, 2008 to January 6, 2009, should be excluded in computing the time
27

28 within which the trial of the above criminal prosecution must commence for purposes of the

Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Date:  November 21, 2008              Respectfully submitted,

/S/
J. PATRICK McCARTHY,
Attorney for Defendant Derrick Chase

McGREGOR W. SCOTT
United States Attorney

/S/ J. Patrick McCarthy for Philip Ferrari
PHILIP FERRARI, Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  November 21, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE