1  J. PATRICK McCARTHY
   Attorney at Law, #41920
2  901 H Street, Suite 304
3  Sacramento, CA   95814
   (916) 442-1932
4

5  Attorney for Defendant Derrick Chase



FILED

JAN 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0348 |
| Plaintiff, | **REQUEST FOR ORDER AND** |
| vs. | **ORDER EXONERATING BOND** |
| DERRICK CHASE, | |
| Defendant. / | |

On or about September 21, 2007, the defendant Derrick Chase, was released on bail set in the amount of $100,000.00 in United States District Court, Eastern District of California. A $100,000.00 property bond was posted. A Deed of Trust by Surety Norman Masters for 232 Wall Avenue, Ogden, Utah   84014-4234 was approved by Magistrate Judge Gregory G. Hollows on September 21, 2007. A Trust Deed for that property was received by the court on or after October 4, 2007. On May 23, 2008, defendant failed to appear in court and a no-bail bench warrant was issued by Magistrate Judge Hollows. The defendant was returned to custody on or about August 19, 2008; he remains in custody at the Sacramento County Jail awaiting trial in this case.

1 | It is hereby requested that the property bond in this case be exonerated and
2 | that the Clerk of the Court for the Eastern District of California be directed to re-
3 | convey the property used to secure the bond (232 Wall Avenue, Ogden, Utah
4 | 84014-4234) to Surety Norman Masters.

6 | Date: January 5, 2009        Respectfully submitted,

8 | /S/ J. Patrick McCarthy
  | J. PATRICK McCARTHY,
9 | Attorney for Defendant Derrick Chase

**ORDER**

**IT IS HEREBY ORDERED** that the property bond in the amount of $100,000.00 described above be exonerated and that the property at 232 Wall Avenue, Ogden, Utah 84014-4234 be re-conveyed to Surety Norman Masters.

Dated: Jan. 14, 2009

GREGORY G. HOLLOWS

UNITED STATES MAGISTRATE COURT JUDGE