1    J. Toney
     Attorney at Law
2    State Bar No. 43143

3    P.O. Box 1515
     Woodland, California 95776
4    (530) 666-1908
     yoloconflict@aol.com
5
     Attorney for Derrick Chase
6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )
                                        )No. 2:07-CR-348 FCD
11            Plaintiff,                )
                                        )ORDER CONTINUING STATUS
12      v.                              )CONFERENCE
                                        )
13   DERRICK CHASE,                     )
                                        )
14            Defendant.                )
     _____ )
15

16        This matter is now set for status on June 1, 2009.  Because

17   the attorney for Mr. Chase is concluding a death penalty trial in

18   Woodland CA, two additional weeks is needed to complete

19   negotiations for an anticipated change of plea.  Accordingly, the

20   parties request that the status conference be continued to June 15,

21   2009 with time under the speedy trial act excluded due to counsel

22   preparation, local code T4.  SO STIPULATED

23   Dated May 28, 2009

24

25    S/ PHILLIP A. FERRARI              S/ J. TONEY

26       Phillip A Ferrari                 J. Toney

27   Assistant U.S. Attorney          Attorney for Defendant

28
                                    1

1    **IT IS SO ORDERED.**

2

3  Dated: May 29, 2009

_____

FRANK C. DAMRELL, JR.

4                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28